654

## People of State of Illinois ex rel. Evelyn McKee, Appellee, v. Mark T. McKee, Appellant.

### Gen. No. 44,402.

opinion filed October 18, 1949; released for publication November 3, 1949. George S. Stansell, for appellant; Samuel L. Golan, of counsel; Wm. Scott Stewart, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.